# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, New York 12211

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN  38101-1918

January 14, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    04-14807        Peggy S. Schumacher

To Whom It May Concern:

Enclosed please find check **#919970** in the amount of **$0.01** representing an overpayment by the debtors in this case and have attempted to distribute funds. The debtors have failed to cash checks. All attempts to contact and forward checks have been unsuccessful.

|  |  |
|---|---|
| Claim No. | Debtor refund |
| Account# |  |
| Creditor | Peggy S. Schumacher<br>PO Box 537<br>Round Lake, NY 12151 |

Very truly yours,

/s/Cheryl Corning
Cheryl Corning
Office of Andrea Celli